**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 26-1157**

---

In re:  JEANNETTE SOTO SANTINI,

       Petitioner.

---

On Petitions for Writ of Mandamus to the United States District Court for the Eastern District of Virginia, at Alexandria.  (1:25-cv-01437-MSN-WEF)

---

Submitted:  April 28, 2026                                      Decided:  May 1, 2026

---

Petitions denied by unpublished per curiam opinion.

---

Jeannette Santini, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeannette Soto Santini petitions for a writ of mandamus directing the district court to transmit her notice of appeal to this court, rule on her motion to proceed in forma pauperis on appeal and other postjudgment motions, and notify her when the United States Marshals Service confirms execution of the summons on the defendants.[*] Our review of the district court's docket reveals that the district court has transmitted Santini's notice of appeal to this court, denied her timely postjudgment motions, denied her application to proceed in forma pauperis on appeal, and denied her motion to have the United States Marshals Service serve her complaint because her complaint has already been dismissed. Further, this court has docketed Santini's appeal in No. 26-1430, *Santini v. Adventure Tours by Dawn*. Accordingly, because the district court has recently decided Santini's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITIONS DENIED*

---

[*] Santini also moves to require service from this court by United States mail. We deny the motion as moot because Santini is already receiving notifications from this court by mail.